IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,                      No. 2:09-cv-3431 FCD KJN P

    vs.

M. S. DOWNING, et al.,

    Defendants.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 3, 2010, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 3, 2010, are adopted in full; and

2. Plaintiff's claims against defendants Rainey, Keating, Foulk, and Bolls alleging that his First Amendment rights were violated with regard to his proceeding in Case No. CIV-S-09-1065 FCD KJM P and Case No. CIV-S-08-1094 MCE KJM P are dismissed without leave to amend and that defendants Foulk and Bolls are dismissed from this action.

DATED: March 4, 2010.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE