IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,                No. 2:09-cv-3431 FCD KJN P

    vs.

M.S. DOWNING, et al.,

      Defendants            <u>ORDER</u>

_____/

      On May 14, 2010, defendants McClellan, McDonald, Perez, Keating, Brewer, Downing, Friend, Williams, Rainey, Burns, Cook, Smith, Fannon, Daniels, Hanks, Mahoney, Crandall, Flores, Friezan, Howe, Scott, James, Wright and Cate applied for an extension of time to file motions and pleadings responsive to the complaint. On May 19, 2010, defendants filed a notice of correction stating that defendants Scott, Mahoney, Friezan, Howe and James have not yet been served with process, and ask the court to strike these defendants from their May 14 request. Good cause appearing, defendants' May 19 request will be granted, and these defendants will be stricken from the May 14 request.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Defendants Scott, Mahoney, Friezan, Howe and James are stricken from the May 14, 2010 request for extension; and

1

1    2.  Defendants McClellan, McDonald, Perez, Keating, Brewer, Downing, Friend, Williams, Rainey, Burns, Cook, Smith, Fannon, Daniels, Hanks, Crandall, Flores, Wright and Cate are granted up to and including May 31, 2010, in which to file their motions and pleadings responsive to the complaint.

DATED: May 26, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

holl3431.eot