IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLEN HOLLIS,

        Plaintiff,                No. 2:09-cv-3431 FCD KJN P

   vs.

M.S. DUNNING, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. The instant complaint alleges constitutional violations that took place at High Desert State Prison by defendants who work at High Desert State Prison. Plaintiff, however, was recently transferred to the California State Prison in Corcoran. On May 24, 2010, plaintiff filed a motion seeking medical treatment in which he claims the failure of prison officials at Corcoran to provide him adequate medical treatment has placed his life in imminent danger.[1] Plaintiff also raises claims concerning the food service at Corcoran. The alleged violations in plaintiff's May 24 filing took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule

---

[1] Plaintiff's motion makes clear that he saw medical doctors at Corcoran on May 20, 2010. (<u>Id</u>. at 2.)

1

120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this urgent motion will be transferred to the Fresno Division of the court. The Clerk of the Court will be directed to provide plaintiff with the packet for filing a civil rights action to enable plaintiff to file a complaint in the Fresno Division to be filed with the pending motion.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's May 24, 2010 "urgent" motion shall be transferred to the United States District Court for the Eastern District of California sitting in Fresno. The Clerk of the Court shall redact the instant case number from the May 24 motion.

2. All future filings concerning alleged constitutional violations at Corcoran shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

3. The Clerk of the Court is directed to send plaintiff the packet for filing a civil rights action in the Fresno division of this court.

DATED: May 26, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/holl3431.22