IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,                      No. 2:09-cv-3431 FCD KJN P

    vs.

M.S. DOWNING, et al.,

      Defendants.               ORDER

_____/

        Plaintiff has requested an extension of time to re-serve his oppositions on defendants and for the court to find his oppositions timely-filed under the mailbox rule. Houston v. Lack, 487 U.S. 266, 270-72, 275 (1988). Plaintiff's oppositions were timely filed and defendants have received plaintiff's oppositions via CM/ECF electronic filing. Therefore, plaintiff is not required to re-serve the oppositions on defendants. Defendants' motions now stand submitted and plaintiff shall file no further documents in connection with these pending motions.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 15, 2010 motion is partially granted.

        2. Plaintiff's oppositions are deemed timely filed. Plaintiff is not required to re-serve the oppositions.

1

3. Defendants' motions stand submitted.  Plaintiff shall file no further documents in connection with these pending motions.

DATED: December 1, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

holl3431.eotd