IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,                      No. CIV S-09-3431 FCD KJN P

   vs.

M.S. DOWNING, et al.,

      Defendants.              FINDINGS AND RECOMMENDATIONS

                                 /

          By an order filed February 10, 2011, plaintiff's in forma pauperis status was revoked, and plaintiff was ordered to pay the $350.00 filing fee within twenty-one days. On December 9, 2010, plaintiff was cautioned that failure to pay the filing fee would result in a recommendation that this action be dismissed. The twenty-one day period has now expired, and plaintiff has not responded to the court's order and has not paid the filing fee.

          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

          These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 8, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/holl3431.fpf